IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Ronald Brunson, <br><br> Plaintiff, <br><br> v. <br><br> F.B.I. Columbia, Federal Bureau of Investigation Chief David Thomas and Agent; Chief David Thomas and Agent; Intercity Broadcasting, Alpha Media, WWDM 101.3 DM Radio Station Steve Patterson; Attorney at Law Charles Griffin; Charles Griffin L., III, <br><br> Defendants. | C/A No. 3:25-cv-1289-JFA-PJG <br><br><br> **ORDER** |

Ronald Brunson ("Plaintiff"), proceeding pro se, filed this civil action against the F.B.I. and others. In accordance with 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B)(2) (D.S.C.), the case was referred to the Magistrate Judge for initial review.

After performing an initial review of the complaint, the Magistrate Judge determined that this case is subject to the pre-filing injunction issued against Plaintiff in C/A No. 3:14-2540-JFA. Accordingly, Plaintiff was ordered to pay the filing fee in this case. The Magistrate Judge gave Plaintiff adequate time to make the payment and warned Plaintiff that failure to pay this fee would result in dismissal of the case. (ECF No. 5). Despite this, Plaintiff failed to make the required payment.

Thereafter, the Magistrate Judge prepared a thorough Report and Recommendation ("Report"). (ECF No. 10). Within the Report, the Magistrate Judge opines the Complaint

1

is subject to dismissal for failure to comply with a court order pursuant to Federal Rule of Civil Procedure 41. *Id.* The Report sets forth, in detail, the relevant facts and standards of law on this matter, and this Court incorporates those facts and standards without a recitation.

Plaintiff was advised of his right to object to the Report, which was entered on the docket on April 23, 2025. *Id.* The Magistrate Judge required Plaintiff to file objections by May 7, 2025. *Id.* Plaintiff failed to file objections. Thus, this matter is ripe for review.

A district court is only required to conduct a *de novo* review of the specific portions of the Magistrate Judge's Report to which an objection is made. *See* 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b); *Carniewski v. W. Virginia Bd. of Prob. & Parole*, 974 F.2d 1330 (4th Cir. 1992). In the absence of specific objections to portions of the Magistrate's Report, this Court is not required to give an explanation for adopting the recommendation. *See Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983).

Here, Plaintiff has failed to raise any objections and therefore this Court is not required to give an explanation for adopting the recommendation. A review of the Report and prior orders indicates that the Magistrate Judge correctly concluded that Plaintiff's Complaint is subject to summary dismissal pursuant to Rule 41.

After carefully reviewing the applicable laws, the record in this case, and the Report, this Court finds the Magistrate Judge's recommendation fairly and accurately summarizes the facts and applies the correct principles of law. Accordingly, this Court adopts the Magistrate Judge's Report and Recommendation and incorporates it herein by reference. (ECF No. 10). Consequently, this action is summarily dismissed without prejudice.

IT IS SO ORDERED.

June 9, 2025  
Columbia, South Carolina

Joseph F. Anderson, Jr.  
United States District Judge

3